**SO ORDERED.**
**SIGNED this 30th day of September, 2013**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE, NORTHERN DIVISION

| | |
|---|---|
| IN RE: KENNETH E. ELLIOTT, JOETTA S. ELLIOTT, Debtors, | CASE NUMBER: 10-31103 Chapter 13 |

AGREED ORDER RESOLVING CHAPTER 13 TRUSTEE'S
MOTION TO DISMISS

In resolution of the Motion to Dismiss filed by the Chapter 13 Trustee, the Debtor(s) shall increase plan payments from $1,523.00 monthly to $1,624.00 monthly to be paid by direct pay; and the Trustee shall tender an appropriate amended direct pay order. Accordingly, this order is dispositive of the Chapter 13 Trustee's Motion to Dismiss.

###

/s/ MELISSA WORTLEY LAWING
MELISSA WORTLEY LAWNG #021770
ATTORNEY FOR DEBTOR
3715 Powers Street
Knoxville, TN 37917
865-688-8922


GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN 37901
(865) 524-4995